AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

TIARRA HESTER

V.

CHASE BANK USA, N.A

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 14 CV 5296

JUDGE RAMOS

TO: (Name and address of Defendant)

Chase Bank USA, N.A.
1 Chase Manhattan Plaza
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602

an answer to the complaint which is served on you with this summons, within ___21___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RUBY J. KRAJICK                                                 JUL 1 5 2014

CLERK  _Catherine [signature]_                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 07/23/2014 |
| NAME OF SERVER (PRINT) Daniel Ortiz | TITLE Registered Process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served personally to Ms. Jan Lapinid, Process Service Specialist of CT CORPORATION, Agents for Service of Process for CHASE BANK USA, N.A. on 07/23/2014.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/24/2014
         Date

*Signature of Server* [signed] Daniel Ortiz

4405 Inglewood Blvd #5, Los Angeles CA 90066
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.